UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Matthew Fissel Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
bkgroup@kmllawgroup.com
Attorneys for U.S. Bank Trust, National Association, not in its individual capacity, but solely as Owner Trustee for VRMTG Asset Trust

In Re:

Maxine F.  Coleman-Christian

                    Debtor(s).

Case No: <u>2614401</u>

Chapter: <u>13</u>

Judge: <u>Stacey  L. Meisel</u>

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of U.S. Bank Trust, National Association, not in its individual capacity, but solely as Owner Trustee for VRMTG Asset Trust.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 04/27/2026

/s/ *Matthew Fissel*
Matthew Fissel
27 Apr 2026, 18:07:07, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*

Document ID: 9a69bb13af12bca17db0f1223ecf35530375f7a1b17b2d72578889dc4a935deb