Certificate Number: 20476-NJ-DE-040969101

Bankruptcy Case Number: 26-14401



20476-NJ-DE-040969101

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 11, 2026, at 9:07 o'clock PM EDT, Maxine Christian completed a course on personal financial management given by internet by Marie-Ann Greenberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 12, 2026                          By:      /s/Scott E Kehiaian

Name:   Scott E Kehiaian

Title:   TEN Representative