UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

22-09895 BKPLN06
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

| | |
|---|---|
| In Re:<br><br>Maxine F. Coleman-Christian | Case No:  26-14401-SLM<br><br>Hearing Date: July 22, 2026<br><br>Judge:  STACEY L. MEISEL<br><br>Chapter:  13 |

## OBJECTION TO CONFIRMATION
## OF DEBTOR'S CHAPTER 13 PLAN

Wells Fargo Bank, N.A.  ("Creditor"), by and through its undersigned counsel, files this

*Objection to Confirmation of Debtor's Chapter 13 Plan* [DE 12], and states as follows:

1.      The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy

Code on April 22, 2026.

2.      Creditor holds a security interest in the Debtor's real property located at 36 Concord

Pl, Union, NJ 07083 (the "Property"), by virtue of a Mortgage.

3.      The Debtor filed a Chapter 13 Plan (the "Plan") on May 7, 2026 [DE 12].

4.      The Plan erroneously lists Creditor as a Secured Claim Unaffected by the Plan in

Part 4(f). Although Creditor has not yet filed a Proof of Claim, it is anticipated that the claim will

be a total debt claim in the amount of $88,174.39.

5.      The repayment of the debt in the Plan is not feasible.  A plan payment of $791.00

for 36 months is insufficient to pay Creditor's claim.

6.      The Debtor also has the affirmative obligation to pay and/or confirm payment of charges to the collateral, including but not limited to taxes and insurances, until the total debt is paid in full.  In the event Debtor fails to do this, Debtor must address Creditor's recoupment of any advances made.

7.      In the event the loan modification in the Plan pertains to Creditor's mortgage, it is objected to as speculative in nature as it contemplates curing the arrears through a Loan Modification that has neither been offered nor accepted yet.

8.      Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3), 1325(a)(5) and 1325(a)(6) and cannot be confirmed.

**WHEREFORE**, Creditor respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Creditor as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Kimberly A. Wilson*
Andrew Spivack, NJ Bar No. 018141999
Kimberly A. Wilson, NJ Bar No. 031441997
Jay Jones, NJ Bar No. 972011
Brandon Perloff, NJ Bar No. 085462013
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NJBKR@brockandscott.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

22-09895 BKPLN06
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

| | |
|---|---|
| In Re:<br><br>Maxine F. Coleman-Christian | Case No:  26-14401-SLM<br><br>Hearing Date: July 22, 2026<br><br>Judge:  STACEY L. MEISEL<br><br>Chapter:  13 |

## CERTIFICATION OF SERVICE

1.   I, Elizabeth Oliver:

☐ represent _____ in this matter.

☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Wells Fargo Bank, N.A.  in this matter.

☐ am the _____ in this case and am representing myself.

2.   On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

3.   I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated:  May 13, 2026 _____          /s/  *Elizabeth Oliver* _____
                                                        *Elizabeth Oliver*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Maxine F. Coleman-Christian<br>36 Concord Lane | Debtor | ☐ Hand-delivered |

| | | |
|---|---|---|
| Union, NJ 07083 | | ☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐<br>Other_____<br>(as authorized by the court *) |
| DONALD C. GOINS<br>GOINS & GOINS, L.L.C.<br>323 WASHINGTON AVENUE<br>ELIZABETH, NJ 07202 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐<br>Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐<br>Other_____<br>(as authorized by the court *) |
| US Dept of Justice<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR |

| | | ☐ E-mail |
| | | ☒ Notice of Electronic Filing (NEF) |
| | | ☐ <br> Other_____ <br> (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.