UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**DONALD C. GOINS, ESQ. (DCG1005)**
**GOINS & GOINS, LLC**
**323 Washington Avenue**
**Elizabeth, NJ 07202**
**Phone: (908) 351-3635**
**dcgoins1@gmail.com**
**Attorney for the Debtor**

Order Filed on May 13, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Maxine F. Coleman-Christian,

Case No.:     26-14401

Chapter :     13

Hearing Date:  5 / 13 / 2026

Judge:        SLM

## ORDER TO EXTEND THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: May 13, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor:            Maxine F. Coleman-Christian
Case No.:          26-14401-SLM
Caption of Order:  Order to Extend the Automatic Stay


This matter having come before the Court by motion of Donald C. Goins

Esq., attorney for the debtor, Maxine F. Coleman-Christian, for entry of an Order

Extending the Automatic Stay and, for good cause it is

HEREBY ORDERED that:

The Debtor's Automatic Stay is hereby extended against all parties.

^ properly served