Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−14401−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Maxine F. Coleman−Christian
    36 Concord Lane
    Union, NJ 07083

Social Security No.:
    xxx−xx−5580

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              7/22/26
Time:              09:45 AM
Location:           Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 11, 2026
JAN: mlc

                          Jeanne Naughton
                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-14401-SLM |
| Maxine F. Coleman-Christian | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 11, 2026 | Form ID: 132 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

**Symbol** | **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maxine F. Coleman-Christian, 36 Concord Lane, Union, NJ 07083-4220 |
| cr | + | Wells Fargo Bank, N.A., Home Equity Group - Collections Foreclos, P.O. Box 2248, Jacksonville, FL 32203-2248 |
| 521081363 | + | Keith Christian, 36 Concord Lane, Union, NJ 07083-4220 |
| 521089712 | + | Wells Fargo Bank, N.A, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Drive, Winston-Salem, NC 27103-2930 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 11 2026 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 11 2026 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521081359 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2026 21:03:15 | Ashley Fund Services, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521081360 | + | Email/Text: bankruptcy@cavps.com | May 11 2026 21:05:00 | Calvary SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 521081361 | | Email/Text: ETGremittance@sjindustries.com | May 11 2026 21:04:00 | Elizabethtown Gas, PO Box 6031, Bellmawr, NJ 08099 |
| 521081362 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 11 2026 21:04:00 | Internal Revenue Service, Department of Treasury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521081364 | | Email/Text: mtgbk@shellpointmtg.com | May 11 2026 21:04:00 | NewReez d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 521081365 | + | Email/Text: bankruptcy@certified-solutions.com | May 11 2026 21:04:00 | Overlook Hospital, c/o Certified Solutions, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 521081366 | + | Email/PDF: ebn_ais@aisinfo.com | May 11 2026 21:03:15 | Verizon, c/o American InfoSource, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 521081367 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | May 11 2026 21:02:55 | Wells Fargo Bank, N.A., MAC# N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

District/off: 0312-2        User: admin        Page 2 of 2

Date Rcvd: May 11, 2026        Form ID: 132        Total Noticed: 14

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Donald C. Goins | on behalf of Debtor Maxine F. Coleman-Christian dcgoins1@gmail.com goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank Trust  National Association, not in its individual capacity, but solely as Owner Trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5