UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**DONALD C. GOINS, ESQ. (DCG1005)**
**GOINS & GOINS, LLC**
**323 Washington Avenue**
**Elizabeth, NJ 07202**
**Phone: (908) 351-3635**
**dcgoins1@gmail.com**
**Attorney for the Debtor**

Order Filed on May 13, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Maxine F. Coleman-Christian,

Case No.:    26-14401

Chapter  :    13

Hearing Date:  5 / 13 / 2026

Judge:    SLM

## ORDER TO EXTEND THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

DATED: May 13, 2026

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor:            Maxine F. Coleman-Christian
Case No.:          26-14401-SLM
Caption of Order:  Order to Extend the Automatic Stay


This matter having come before the Court by motion of Donald C. Goins

Esq., attorney for the debtor, Maxine F. Coleman-Christian, for entry of an Order

Extending the Automatic Stay and, for good cause it is


HEREBY ORDERED that:


The Debtor's Automatic Stay is hereby extended against all parties.
                                                        ^ properly served

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-14401-SLM

Maxine F. Coleman-Christian                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                              Page 1 of 2

Date Rcvd: May 14, 2026                  Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

**Recip ID                  Recipient Name and Address**
db                    + Maxine F. Coleman-Christian, 36 Concord Lane, Union, NJ 07083-4220

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

**Name                          Email Address**

Andrew L. Spivack
    on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Donald C. Goins
    on behalf of Debtor Maxine F. Coleman-Christian dcgoins1@gmail.com
    goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com

Kimberly A. Wilson
    on behalf of Creditor Wells Fargo Bank  N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Matthew K. Fissel
    on behalf of Creditor U.S. Bank Trust  National Association, not in its individual capacity, but solely as Owner Trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee

District/off: 0312-2                          User: admin                                      Page 2 of 2
Date Rcvd: May 14, 2026                       Form ID: pdf903                                   Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6