UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

22-09895 BKOBJ07
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

In Re:

Maxine F. Coleman-Christian

Case No:  26-14401-SLM

Hearing Date: July 22, 2026

Judge:  STACEY L. MEISEL

Chapter:  13

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Objection to Confirmation of Plan [21] is withdrawn because it is a duplicate filing.

Date: May 20, 2026                    /s/Kimberly A. Wilson
                                      Signature

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

22-09895 BKOBJ07
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

| | |
|---|---|
| In Re:<br><br>Maxine F. Coleman-Christian | Case No:  26-14401-SLM<br><br>Hearing Date: July 22, 2026<br><br>Judge:  STACEY L. MEISEL<br><br>Chapter:  13 |

## CERTIFICATION OF SERVICE

1.    I, Elizabeth Oliver:

☐ represent _____ in this matter.

☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Wells Fargo Bank, N.A. in this matter.

☐ am the _____ in this case and am representing myself.

2.    On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Status Change Form

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated:   May 19, 2026                              /s/ *Elizabeth Oliver*
                                                              Elizabeth Oliver


| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Maxine F. Coleman-Christian<br>36 Concord Lane<br>Union, NJ 07083 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail |

| | | |
|---|---|---|
| | | ☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| DONALD C. GOINS<br>GOINS & GOINS, L.L.C.<br>323 WASHINGTON AVENUE<br>ELIZABETH, NJ 07202 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| US Dept of Justice<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*