Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−14401−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maxine F. Coleman−Christian
   36 Concord Lane
   Union, NJ 07083

Social Security No.:
   xxx−xx−5580

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/23/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 24, 2026
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                          Case No. 26-14401-SLM

Maxine F. Coleman-Christian                                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2026 | Form ID: 148 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maxine F. Coleman-Christian, 36 Concord Lane, Union, NJ 07083-4220 |
| cr | + | Wells Fargo Bank, N.A., Home Equity Group - Collections Foreclos, P.O. Box 2248, Jacksonville, FL 32203-2248 |
| 521081363 | + | Keith Christian, 36 Concord Lane, Union, NJ 07083-4220 |
| 521265939 | + | OVERLOOK MEDICAL CENTER, C/O CERTIFIED-SOLUTIONS, PO BOX 24016, NEWARK, NJ 07101-0406 |
| 521089712 | + | Wells Fargo Bank, N.A, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Drive, Winston-Salem, NC 27103-2930 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2026 21:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2026 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521081359 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 21:36:06 | Ashley Fund Services, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521081360 | + | Email/Text: bankruptcy@cavps.com | Jul 24 2026 21:28:00 | Calvary SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 521081361 | | Email/Text: ETGremittance@sjindustries.com | Jul 24 2026 21:26:00 | Elizabethtown Gas, PO Box 6031, Bellmawr, NJ 08099 |
| 521081362 | | EDI: IRS.COM | Jul 25 2026 00:51:00 | Internal Revenue Service, Department of Treasury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521081364 | | Email/Text: mtgbk@shellpointmtg.com | Jul 24 2026 21:26:00 | NewReez d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 521081365 | + | Email/Text: bankruptcy@certified-solutions.com | Jul 24 2026 21:27:00 | Overlook Hospital, c/o Certified Solutions, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 521271442 | | Email/Text: mtgbk@shellpointmtg.com | Jul 24 2026 21:26:00 | U.S. Bank Trust, National Association, at. el, c/o NewRez LLC dba, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 521258346 | + | EDI: AIS.COM | Jul 25 2026 00:51:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521081366 | + | EDI: AIS.COM | Jul 25 2026 00:51:00 | Verizon, c/o American InfoSource, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 521081367 | + | EDI: WFHOME | Jul 25 2026 00:51:00 | Wells Fargo Bank, N.A., MAC# N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 12

District/off: 0312-2                          User: admin                          Page 2 of 2
Date Rcvd: Jul 24, 2026                       Form ID: 148                         Total Noticed: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 521211759 | *+ | Wells Fargo Bank, N.A., MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew L. Spivack | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Donald C. Goins | on behalf of Debtor Maxine F. Coleman-Christian dcgoins1@gmail.com goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com |
| Kimberly A. Wilson | on behalf of Creditor Wells Fargo Bank  N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank Trust  National Association, not in its individual capacity, but solely as Owner Trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6